IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DAWN S. MALONE** | * | |
|    **Plaintiff** | * | |
| v. | * | CIVIL NO. JKB-12-3364 |
| **WAL MART STORES, INC.,** *et al.* | * | |
|    **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **MEMORANDUM**

The Plaintiff has filed a Complaint in which she alleges that her 10 year old child was injured by a razor blade that was hidden inside a new swimsuit that she had just purchased from the Wal Mart store in Owings Mills, Maryland.  The Plaintiff alleges that she has incurred damages in the amount of $7,500.  The Plaintiff invokes the Court's diversity jurisdiction under 28 U.S.C. § 1332.  Under that provision, this Federal Court has subject matter jurisdiction in a dispute between the citizens of different states, provided the matter in controversy exceeds the sum or value of $75,000.  Here, the Plaintiff fails to allege or to demonstrate in her Complaint that such a sum is in controversy.  The Complaint is facially insufficient to invoke the jurisdiction of this Federal Court.  Therefore, it will be dismissed without prejudice by accompanying order.

DATED this 21st day of November, 2012.

                                                           BY THE COURT:

                                                         /s/
                                               James K. Bredar
                                             United States District Judge